**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**HENRY LAW FIRM**                                                                        **PLAINITFF**

**VS.**                     **CASE NO. 5:18-CV-5066**

**CUKER INTERACTIVE, LLC and**                                 **DEFENDANTS**
**ADEL ATALLA**

**DECLARATION OF LLOYD KITCHENS IN SUPPORT OF MOTION FOR**
**ADMISSION *PRO HAC VICE* OF DEBORAH A. WOLFE**

I, Lloyd W. "Tré" Kitchens, declare as follows:

1. I am member in good standing of the Arkansas Bar Association and licensed to practice before all courts in Arkansas, moves this Court for an order admitting to practice in this Court *pro hac vice* Deborah A. Wolfe, attorney in the law firm of Wolfe Legal Group, P.C., as co-counsel for Defendants in this action.

2. Deborah A. Wolfe ("Ms. Wolfe") is a senior attorney and principal practicing at the law firm of Wolfe Legal Group, P.C., 402 W. Broadway, Suite 400, San Diego, CA 92101, (619) 234-3363, facsimile (619) 231-1989, and who is employed to represent Defendants CUKER INTERATIVE, LLC and ADEL ATTALLA in this action.

3. The undersigned counsel, whose office location and telephone numbers have been shown below, has been designated as co-counsel for Defendants in this case.

4. Ms. Wolfe was admitted to practice law in the State of California in 1981. She is a member in good standing of the California State Bar. She is admitted to practice in all California courts, and the United States District Courts for the Central and Southern Districts of California. Her e-mail address is dwolfe@wolfelegalgroup.com.

5.       Ms. Wolfe was also admitted to practice law in the State of Arizona in 1982. She is admitted to practice in all Arizona Courts.

6.       There are no grievances or criminal matters pending against Mr. Wolfe, and she has never been disciplined, suspended, disbarred, or resigned from the practice of law nor denied the privilege of practicing before any court, including those in California and Arizona. She has never had any charges filed, arrests, or convictions for criminal offenses.

7.       Ms. Wolfe has not participated or served as counsel in any case in the Eastern or Western Districts of Arkansas within the last two (2) years. Furthermore, Ms. Wolfe has not filed an application to appear *pro hac vice* with any Arkansas federal or state court within the last two (2) years.

8.       Ms. Wolfe has never been denied admission, including admission *pro hac vice*, to any state or federal court in the United States.

9.       Ms. Wolfe has read and will comply with Local Rules of this Court, and agrees to be subject to all rules of the court of Arkansas. She understands that she is being admitted for the limited purpose of appearing in the case styled above only.

WHEREFORE, Lloyd W. "Tré" Kitchens prays that this Court issue its order admitting *pro hac vice* Deborah A. Wolfe to practice before this Court in this action as co-counsel for Defendants.

                                        Respectfully Submitted,

Dated: November 2, 2018           */s/ Lloyd W. Kitchens*_____
                                        Lloyd W. Kitchens, Arkansas Bar No. 99075
                                        THE BRAD HENDRICKS LAW FIRM
                                        500 Pleasant Valley Drive, Building C
                                        Little Rock, AR 72227
                                        Telephone: 501-221-0444
                                        Facsimile: 501-661-0196
                                        tkitchens@bradhendricks.com