**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**HENRY LAW FIRM**                                                                 **PLAINITFF**

**VS.**                                  **CASE NO. 5:18-CV-5066**

**CUKER INTERACTIVE, LLC and**                                        **DEFENDANTS**
**ADEL ATALLA**

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF BRIAN P. WORTHINGTON**

Pursuant to Rule 83.5 of the Rules of Eastern and Western Districts of Arkansas, Lloyd W. "Tré" Kitchens, Esq., of the Brad Hendricks Law Firm, 500 Pleasant Valley Dr., Building C, Little Rock, AR 72227, moves the Court to grant admission *pro hac vice* to Brian P. Worthington, Esq. of Wolfe Legal Group, P.C., 402 W. Broadway, Suite 400, San Diego, CA 92101; (619) 234-3363; facsimile (619) 231-1989; email: bworthington@wolfelegalgroup.com, to appear and participate in this action as co-counsel for Defendants CUKER INTERATIVE, LLC and ADEL ATALLA (collectively, "Defendants"). Attached as Exhibit 1 is the Declaration of Lloyd W. "Tré" Kitchens in support of the Motion for Admission Pro Hac Vice of Brian P. Worthington demonstrating the satisfaction of L-R 83.5.

Lloyd W. "Tré" Kitchens, already a counsel of record for Defendants in this matter, maintains his office in Arkansas for the practice of law and, in accordance with L-R 83.5, is designated as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

WHEREFORE, movant prays for an order granting admission *pro hac vice* to Brian P. Worthington, Esq.

                                                                             Respectfully Submitted,

Dated: November 2, 2018                     */s/ Lloyd W. Kitchens*_____
                                                                            Lloyd W. Kitchens
                                                                            Arkansas Bar No. 99075
                                                                            THE BRAD HENDRICKS LAW FIRM
                                                                            500 Pleasant Valley Drive, Building C
                                                                            Little Rock, AR 72227
                                                                            Telephone: 501-221-0444
                                                                            Facsimile: 501-661-0196
                                                                            tkitchens@bradhendricks.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 2nd day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which shall send notification of such filing to the following:

        Tim Cullen, Esq.
        tim@cullenandcompany.com

                                                                            */s/ Lloyd W. Kitchens*_____
                                                                            Lloyd W. Kitchens