**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**HENRY LAW FIRM**                                                                                      **PLAINITFF**

**VS.**                                        **CASE NO. 5:18-CV-5066**

**CUKER INTERACTIVE, LLC and**                                                           **DEFENDANTS**
**ADEL ATALLA**

**DECLARATION OF LLOYD KITCHENS IN SUPPORT OF MOTION FOR
<u>ADMISSION *PRO HAC VICE* OF BRIAN P. WORTHINGTON</u>**

I, Lloyd W. "Tré" Kitchens, declare as follows:

1.    I am member in good standing of the Arkansas Bar Association and licensed to practice before all courts in Arkansas, moves this Court for an order admitting to practice in this Court *pro hac vice* Brian P. Worthington, attorney in the law firm of Wolfe Legal Group, P.C., as co-counsel for Defendants in this action.

2.    Brian P. Worthington ("Mr. Worthington") is Of Counsel practicing at the law firm of Wolfe Legal Group, P.C., 402 W. Broadway, Suite 400, San Diego, CA 92101, (619) 234-3363, facsimile (619) 231-1989, and who is employed to represent Defendants CUKER INTERATIVE, LLC and ADEL ATTALLA in this action.

3.    The undersigned counsel, whose office location and telephone numbers have been shown below, has been designated as co-counsel for Defendants in this case.

4.    Mr. Worthington was admitted to practice law in the State of California in 1995. He is a member in good standing of the California State Bar.  He is admitted to practice in all California courts, the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Eastern, Central, Northern, and Southern Districts of California. His e-mail address is bworthington@wolfelegalgroup.com.

5. Mr. Worthington was also admitted to practice law in the State of Illinois in 1996. He is admitted to practice in all Illinois Courts, as well as the United States District Court for the Northern District of Illinois.

6. There are no grievances or criminal matters pending against Mr. Worthington, and he has never been disciplined, suspended, disbarred, or resigned from the practice of law nor denied the privilege of practicing before any court, including those in California and Illinois. He has never had any charges filed, arrests, or convictions for criminal offenses.

7. Mr. Worthington has not participated or served as counsel in any case in the Eastern or Western Districts of Arkansas within the last two (2) years. Furthermore, Mr. Worthington has not filed an application to appear *pro hac vice* with any Arkansas federal or state court within the last two (2) years.

8. Mr. Worthington has never been denied admission, including admission *pro hac vice*, to any state or federal court in the United States.

9. Mr. Worthington has read and will comply with Local Rules of this Court, and agrees to be subject to all rules of the court of Arkansas. He understands that he is being admitted for the limited purpose of appearing in the case styled above only.

WHEREFORE, Lloyd W. "Tré" Kitchens prays that this Court issue its order admitting *pro hac vice* Brian P. Worthington to practice before this Court in this action as co-counsel for Defendants.

    Respectfully Submitted,

Dated: November 2, 2018    */s/ Lloyd W. Kitchens*_____
    Lloyd W. Kitchens, Arkansas Bar No. 99075
    THE BRAD HENDRICKS LAW FIRM
    500 Pleasant Valley Drive, Building C
    Little Rock, AR 72227
    Telephone: 501-221-0444

Facsimile: 501-661-0196
tkitchens@bradhendricks.com

3