IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**HENRY LAW FIRM**                                                                **PLAINITFF**

VS.                              CASE NO. 5:18-CV-5066

**CUKER INTERACTIVE, LLC and**                                    **DEFENDANTS**
**ADEL ATALLA**

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Cuker Interactive, LLC and Adel Atalla.

I certify that I have been admitted *pro hac vice* to practice in this Court for purposes of this case.

                                                                Respectfully Submitted,

Dated: November 5, 2018              */s/ Brian P. Worthington*_____
                                                                Brian P. Worthington
                                                                Pro Hac Vice
                                                                WOLFE LEGAL GROUP, P.C.
                                                                402 W. Broadway, Suite 400
                                                                San Diego, CA 92101
                                                                Telephone: (619) 234-3363
                                                                Facsimile: (619) 231-1989
                                                                bworthington@wolfelegalgroup.com

CERTIFICATION OF SERVICE

I hereby certify that on the 5th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which shall send notification of such filing to the following:

>Tim Cullen, Esq.
>tim@cullenandcompany.com

>*/s/ Brian P. Worthington*_____
>Brian P. Worthington