**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**HENRY LAW FIRM**                                                                              **PLAINTIFF**

VS.                                              **CASE NO. 5:18-CV-5066**

**CUKER INTERACTIVE, LLC and**                                              **DEFENDANTS**
**ADEL ATALLA**

**DECLARATION OF BRIAN P. WORTHINGTON IN SUPPORT**
**OF DEFENDANT ADEL ATALLA'S RESPONSE IN OPPOSITION TO**
**PLAINTIFF'S MOTIOMN FOR SUMMARY JUDGMENT**

1. My name is Brian P. Worthington, and I am over the age of 18 and am competent to make this declaration based upon my firsthand observations and personal knowledge of the subject matter set forth in this Declaration. I am Of Counsel to Wolfe Legal Group, P.C., and am counsel for Defendants in this case.

2. I have reviewed the Contract for Legal Representation ("the contract") between Cuker Interactive, LLC and Henry Law Firm ("HLF"). The contract is Exhibit 1 to HLF's Motion for Summary Judgment. The contract specifies the hourly rates for persons or categories of persons: $385 per hour for the work of Mark Henry; $245 per hour for the work of Adam Hopkins; $150 per hour for the work of "associate attorneys;" $100 per hour for the work of investigators; and $80 per hour for the work of "paralegals and assistants." I have reviewed all of the HLF invoices. The invoices I reviewed are those that were attached as an exhibit to Requests for Admission that HLF propounded to Defendants, and those invoices are also Exhibits 4-34 filed with HLF's Motion for Summary Judgment.

3. In the HLF invoices, there are a number of billing entries for the work of attorney John Pesek. Mr. Pesek is not specifically referenced in the contract, so it seems the only reasonable interpretation is that the contract permits his work to be billed as an "associate

1

attorney" at the hourly rate of $150.  However, there are a considerable number of entries in the HLF invoices where the work of Mr. Pesek was billed at hourly rates of either $235 or $245.

4. I located each entry in the HLF invoices where Mr. Pesek's work was billed at a rate in excess of $150 per hour.  I have highlighted those entries on the invoices, and the highlighted version of the invoices is filed herewith as Exhibit A.  I calculated the over-charge for each of highlighted entries in the HLF invoices for the work of Mr. Pesek where the hourly rate was in excess of $150 per hour.  The over-charges for those entries total $106,502.30.

5. In the HLF invoices, there are a number of entries for the work of Adam Hopkins that were at the $245 rate specified in the contract, but there are also a number of billing entries for the work of Mr. Hopkins where the work was billed at a higher rate than that (usually $260 per hour).  In Exhibit A filed with this Response in Opposition, I have also highlighted each entry for the work of Mr. Hopkins where the work was billed at an hourly rate in excess of $245.  I calculated the over-charge for each of the highlighted entries for Mr. Hopkins, and the over-charge totals $7,766.25.

6. The over-charges for the work of Mr. Pesek and Mr. Hopkins total $114,268.55.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Dated this 19th day of December, 2018.

_____
Brian P. Worthington

CERTIFICATION OF SERVICE

I hereby certify that on the 19th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which shall send notification of such filing to the following:

Tim Cullen, Esq.
tim@cullenandcompany.com

                                      */s/ Deborah A. Wolfe*_____
                                      Deborah A. Wolfe

3