IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**HENRY LAW FIRM**                                                                            **PLAINITFF**

VS.                                              **CASE NO. 5:18-CV-5066**

**CUKER INTERACTIVE, LLC and**                                              **DEFENDANTS**
**ADEL ATALLA**

**MOTION BY DEBORAH A. WOLFE, APPEARING *PRO HAC VICE*
FOR DEFENDANTS, TO WITHDRAW**

Pursuant to Local Rule 83.5(f), Deborah A. Wolfe and Wolfe Legal Group, P.C. ("Movants") move the Court for leave to withdraw as counsel appearing *pro hac vice* for Defendants Cuker Interactive, LLC and Adel Atalla (collectively, "Defendants"). Ms. Wolfe was admitted *pro hac vice* on November 5, 2018. In support of said motion, Movants assert the following:

1. Movants' withdrawal from representing Defendants in this case is mandatory, pursuant to Arkansas Rule of Professional Conduct 1.16(a). Because Movants are precluded from divulging confidential information of the Defendants, Movants are unable to provide the Court with more specific information as to why withdrawal is mandatory, but through electronic signature on this Motion, Ms. Wolfe attests that withdrawal is in fact mandatory under the provisions of Rule 1.16(a).

2. Movants' withdrawal is also permissive under Arkansas Rule of Professional Conduct 1.16(b). Again, Movants cannot provide specific information as to the reasons why they are permitted to withdraw because that would require Movants to disclose confidential client information. However, through electronic signature on this Motion, Ms. Wolfe attests that withdrawal is permitted under at least to subparagraphs of Rule 1.16(b).

3. Pursuant to Rule 1.16(b)(1), withdrawal can be accomplished without material adverse effect on the interests of the Defendants. Movants continued their representation of Defendants, and held off filing this Motion, until the Response in Opposition to Plaintiff's Motion for Summary Judgment and the Pre-Trial Disclosures were filed. Also, Defendants have been and continue to be represented by Lloyd "Tré" Kitchens, who is admitted to practice law in the State of Arkansas. Mr. Kitchens' representation of Defendants in this case preceded Ms. Wolfe's representation of Defendants, and Mr. Kitchens therefore has at least as much knowledge as Movants of the facts, issues, and procedural developments in this case.

4. Additionally, Defendants have been given reasonable warning by Movants that Movants will withdraw unless Defendants cured the grounds for the withdrawal. Movants gave Defendants reasonable opportunity to cure and address the conditions that have given rise to the mandatory and permissive withdrawal. However, Defendants have not taken the steps necessary to cure the grounds on which withdrawal is both mandatory and permissive.

5. On the same day this Motion is filed, Movants are notifying Defendants of the filing of this Motion and are providing Defendants with a copy of this Motion and the accompanying Memorandum in support.

Respectfully Submitted,

Dated: December 20, 2018

*/s/ Deborah A. Wolfe*
Deborah A. Wolfe
Pro Hac Vice
WOLFE LEGAL GROUP, P.C.
402 W. Broadway, Suite 400
San Diego, CA 92101
Telephone: (619) 234-3363
Facsimile: (619) 231-1989
dwolfe@wolfelegalgroup.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 20th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which shall send notification of such filing to the following:

| | |
|---|---|
| Tim Cullen, Esq. | Lloyd "Tre" Kitchens |
| tim@cullenandcompany.com | tkitchens@bradhendricks.com |

                                        */s/ Deborah A. Wolfe*
                                        Deborah A. Wolfe