IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**HENRY LAW FIRM**  **PLAINITFF**

VS.  **CASE NO. 5:18-CV-5066**

**CUKER INTERACTIVE, LLC and**  **DEFENDANTS**
**ADEL ATALLA**

### DECLARATION OF DEBORAH A. WOLFE
### IN SUPPORT OF MOTION TO WITHDRAW

1. My name is Deborah A. Wolfe, and I am over the age of 18 and am competent to make this declaration based upon my firsthand observations and personal knowledge of the subject matter set forth in this Declaration. I am the principal of Wolfe Legal Group, P.C., and am currently counsel for Defendants in this case. I was admitted *pro hac vice* for this case on November 5, 2018.

2. I am obligated to withdraw from representing Defendants in this case based on one of the grounds for mandatory withdrawal under Arkansas Rule of Professional Conduct 1.16(a). I am permitted to withdraw from representing Defendants in this case based on at least two of the grounds for permissive withdrawal under Arkansas Rule of Professional Conduct 1.16(b). I cannot provide further information as to the grounds for either the mandatory or permissive withdrawal without improperly disclosing confidential client information.

3. I purposely took steps to avoid any adverse effects to Defendants from my and my firm's withdrawal. The case is stayed as to Cuker Interactive, LLC. Additionally, Mr. Atalla's Pre-Trial Disclosures were due December 18, 2018. Mr. Atalla's Response in Opposition to Plaintiff's Motion for Summary Judgment was due December 19, 2018. I waited to file this Motion to withdraw until after Mr. Worthington and I had prepared and filed those documents, so as to best protect Mr. Atalla's interests.

4. I communicated with Defendants and advised them of the grounds for the mandatory and permissive withdrawal.  I provided Defendants with a reasonable opportunity to cure the grounds for withdrawal, but Defendants have not cured the grounds for withdrawal.

5. I am notifying Defendants of the filing of this Motion, and on the same day this Motion is filed, I am providing Defendants with copies of all papers associated with this Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Dated this 20th day of December, 2018.

_s/ Deborah A. Wolfe_
Deborah A. Wolfe

CERTIFICATION OF SERVICE

I hereby certify that on the 20th day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which shall send notification of such filing to the following:

    Tim Cullen, Esq.                   Lloyd "Tre" Kitchens
    tim@cullenandcompany.com     tkitchens@bradhendricks.com

_/s/ Deborah A. Wolfe_
Deborah A. Wolfe