IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| HENRY LAW FIRM | PLAINTIFF |
| V. CASE NO. 5:18-CV-5066 | |
| CUKER INTERACTIVE, LLC and ADEL ATALLA | DEFENDANTS |

## JUDGMENT AS TO SEPARATE DEFENDANT ADEL ATALLA

In accordance with the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that separate Defendant Adel Atalla, as personal guarantor for the legal services debts of Cuker Interactive, LLC, is liable to Plaintiff Henry Law Firm in the total amount of **$1,201,802.32**, with interest accruing at a rate of 6% per annum until paid in full.

**IT IS SO ORDERED AND ADJUDGED** on this 4th day of January, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE