IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HENRY LAW FIRM,

    Plaintiff,

v.

ADEL ATALLA,

    Defendant.

Case No. 5:18-cv-05066-TLB

## DECLARATION OF JOSEPH R. FALASCO

The undersigned, having been duly sworn, states under oath as follows:

1.  I am over the age of 18, I am competent to testify, and I have personal knowledge of the matters set forth in this affidavit.

2.  I am an attorney in Little Rock, Arkansas, and I have practiced law since 2002, representing parties in a broad range of civil litigation and in complex state and federal cases. I am currently a managing member at the law firm Quattlebaum, Grooms & Tull PLLC. I graduated with a J.D., *magna cum laude*, from the University of Arkansas School of Law and served as a Notes and Comments Editor for the Arkansas Law Review. I previously served as a law clerk to Justice Annabelle Imber Tuck on the Arkansas Supreme Court and for Chief Judge Lavenski Smith on the United States Court of Appeals for the Eighth Circuit Court. Attached as Exhibit A to this Declaration is a summary of my experience, credentials, and licenses.

3.  I have reviewed adequate pleadings, motion papers, and Court opinions and orders in this case to recognize this is a complex commercial litigation case. I also spoke with the attorney and client regarding the work performed. Although it was partially decided on summary judgment,

there was discovery that included out-of-state travel and a substantial motion practice prior to entry of judgment. I am aware of at least two depositions, two settlement conferences, and two hearings (in person and by phone).

4. I am personally familiar with the quality of work provided by Tim Cullen and Christy Comstock and with the rates they charged in this case.

5. I am familiar with hourly rates charged by attorneys in the locale of Northwest Arkansas and the rest of the state.

6. These rates for these attorneys ($300 per hour) are reasonable and within the range of fees charged by attorneys practicing in the Western District of Arkansas, with comparable experience, reputations, clients, and abilities.

_____
Joseph R. Falasco

## ACKNOWLEDGMENT

STATE OF ARKANSAS    )
                     )
COUNTY OF Pulaski    )

Subscribed and sworn to before me, a notary public, on this 16th day of January 2019.

_____
Notary Public

My commission expires:

10/28/2024





**JOSEPH R. FALASCO**
**Managing Member**
Quattlebaum, Grooms & Tull PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
501.379.1776  Telephone
501.379.3876  Facsimile
jfalasco@QGTLAW.com

*Commercial Litigation and Appeals*

Mr. Falasco's practice focuses on real estate litigation, product liability, class actions, and appeals.  Mr. Falasco was admitted to practice in Arkansas in 2002 and the United States Court of Appeals for the Eighth Circuit in 2005.  He has practiced before the United States Court of Appeals for the Eighth Circuit, the Arkansas Supreme Court, the Arkansas Court of Appeals, numerous federal and state trial courts, and many Arkansas administrative agencies.  Mr. Falasco is listed with *The Best Lawyers in America*® in the areas of Appellate Practice, Commercial Litigation, and Litigation – Real Estate and named Best Lawyers' 2016 Little Rock Litigation-Real Estate Lawyer of the Year.  He is recognized by *Chambers USA's Guide to America's Leading Lawyers for Business* in the area of General Commercial Litigation, as a Mid-South Super Lawyer in the area of Business Litigation by *Super Lawyers*, and named to the Under 40 Hot List and a Future Star in Litigation by *Benchmark Litigation*.  He is rated AV Preeminent® by Martindale-Hubbell and a member of the Federation of Defense & Corporate Counsel.

Mr. Falasco was part of the trial team that obtained a defense verdict for two pesticide manufacturers in a case brought by farmers alleging crop damage from widespread drift over several Northeast Arkansas counties.  Mr. Falasco's experience includes serving as lead trial counsel in putative class actions related to improper mortgage practices.  In addition, he has successfully helped property developers overcome highly-contested development plans before local cities and has represented landowners in lawsuits to establish and protect ingress and egress rights to property.  Mr. Falasco has served as trial counsel in numerous condemnation matters and has retained full-price judgments.  Mr. Falasco has also been lead trial counsel for national companies in cases alleging violations of franchising acts and deceptive trade practices.  Mr. Falasco has represented clients in matters before numerous administrative agencies, including the Arkansas State Medical Board, the Arkansas State Board of Optometry, the Arkansas State Highway and Transportation Department, the Arkansas Insurance Department, the Arkansas Motor Vehicle Commission, and the Arkansas State Board of Collection Agencies.

In 2009, Mr. Falasco was awarded the Arkansas Exceptional Service Medal by Governor Mike Beebe in appreciation and recognition of his successful *pro bono* representation of an active duty member of the Arkansas National Guard and defense



EXHIBIT A



of a state statute in *Cato v. Craighead County Circuit Court*, 2009 Ark. 334, 322 S.W.3d 484.  Other representative appeals include:

- *Rylwell, LLC v. Men Holdings 2, LLC*, 2014 Ark. 522
- *County of Ramsey v. MERSCORP Holdings, Inc. et al.*, 776 F.3d 947 (8th Cir. 2014)
- *Brown v. Mortgage Elec. Registration Sys., Inc.*, 738 F.3d 926, 930 (8th Cir. 2013)
- *Gunter v. Farmers Ins. Co.*, 736 F.3d 768 (8th Cir. 2013)
- *PHH Mortgage Corp. v. Yeager*, 2011 Ark. App. 313
- *Arkansas Beverage Retailers Ass'n v. Langley*, 2009 Ark. 187, 305 S.W.3d 427
- *Lamar Advantage Holding Co., Inc. v. Arkansas State Highway Comm'n*, 369 Ark. 295, 253 S.W.3d 914 (2007)

Prior to joining Quattlebaum, Grooms & Tull PLLC, Mr. Falasco served as a law clerk to the Honorable Lavenski Smith of the United States Court of Appeals for the Eighth Circuit and the Honorable Annabelle Clinton Imber of the Arkansas Supreme Court.

Mr. Falasco graduated with honors from Arizona State University where he received a B.S. in Aeronautical Technology.  He received his law degree from the University of Arkansas, where he graduated *magna cum laude*, and served as Note and Comment Editor of the *Arkansas Law Review*.

In addition to his practice, Mr. Falasco has served as an adjunct professor at the University of Arkansas at Little Rock William H. Bowen School of Law where he taught a course in Bioethics.  He has been published in the *Arkansas Law Review*, the *University of Arkansas at Little Rock Law Review*, *Jurimetrics: The Journal of Law Science and Technology, and in The Arkansas Lawyer*.

**Education**

University of Arkansas - Fayetteville (J.D., *magna cum laude*, 2002)
Note and Comment Editor, *Arkansas Law Review* 2001-2002
Member, School of Law Board of Advocates, 2001-2002

Arizona State University (B.S., Aeronautical Technology, with Honors, 1998)

**Publications**

*Negotiating Arkansas's Law of Several Liability*, The Arkansas Lawyer, Vol. 46, No. 4, 22 (Fall 2011)

*Frozen Embryos and Gamete Providers' Rights: A Suggested Model for Embryo Disposition,* 45 Jurimetrics J. 273 (2005)

**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900 • Little Rock, Arkansas  72201
4100 Corporate Center Drive, Suite 310 • Springdale, Arkansas  72762





*Sizing Up a Multiparty Tortfeasor Suit in Arkansas: A Tale of Two Laws – How Fault Is and Should Be Distributed,* 26 U. Ark. Little Rock L. Rev. 251 (2003)

*Who's Getting Used in Arkansas: An Analysis of Usury, Check Cashing, and the Arkansas Check-Cashers Act,* 55 Ark. L. Rev. 149 (2002)

**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900 • Little Rock, Arkansas  72201
4100 Corporate Center Drive, Suite 310 • Springdale, Arkansas  72762

