## CONTRACT FOR LEGAL REPRESENTATION

This Contract for Legal Representation ("Agreement") between Henry Law Firm ("HLF") and Cuker Interactive, LLC and Adel Atalla (guarantor)(together "Client") (collectively, "Parties") is effective not later than March 20, 2016.

1. **Hiring of Henry Law Firm.** By Client's signature below, Client agrees to and contracts for comprehensive legal representation by HLF regarding Client's rights, duties, claims, and other obligations relating to the following subject matter:

   Case No. 14-CV-5262 TLB filed in the Western District of Arkansas and related matters.

   HLF will provide legal counsel to the Parties in accordance with this letter and in reliance upon information and guidance provided by the Parties.

2. **Power of Attorney.** Client gives HLF full powers of attorney and authority to serve as lead counsel, file legal pleadings, including complaints to initiate lawsuits, as necessary and warranted to defend Client's interests and advance any and all viable claims that Client has or that may arise. HLF will take into consideration prior counsel's work in order to streamline the process of advancing the claims and preparing the case.

3. **Diligent Pursuit of Claims.** Client understands that HLF agrees to accept Client's case and is bound to pursue it with diligence and competence pursuant to the Arkansas Rules of Professional Conduct and Federal Rules of Civil Procedure, and may only withdraw from representation with adequate notice and reasonable efforts to protect Client's interests.

4. **Compensation.** Client agrees that HLF will be compensated for time, services, and expertise in handling Client's case using the hourly rates of $385 for Mark Henry, $245 for Adam Hopkins, $150 for associate attorneys, $100 for investigators, and $80 for paralegals and assistants, where appropriate.

5. **Costs.** Client understands and agrees that Client will pay for all actual out-of-pocket costs (including all fees for international telephone charges, FedEx and other premium postage, color copies, court costs, filing fees, expert witness fees, reasonable travel costs, mileage, lodging, subpoena fees, and other related litigation costs) incurred by HLF during the course of representation.

6. **Retainer.** Client asked for a way to cash flow the litigation while at the same time giving adequate assurances of financial capacity. It is estimated the funds required to litigate against Walmart will be substantial, yet currently Client does not have adequate resources to prepay the anticipated cost. Client understands the cost to litigate will be substantial, although at the time of entering into this Engagement, Henry Law Firm is unable to ascertain a fair estimate because HLF has not had opportunity to review

the documents involved in the case or speak substantively with prior counsel on the details of the case. To solve this in a way that promotes cash flow for the Client and allows for adequate reserves in the Trust Account, HLF agrees that Client shall first deposit $50,000 into HLF's non-interest-bearing Trust Account to be received as available funds not later than March 18, 2015. Beginning April 1, and continuing each and every month thereafter, Client shall additionally, and for each successive month, provide $25,000 to HLF to be held in Trust Account. Such monthly payment into the HLF Trust Account will accrue or deplete a total balance, depending upon the amount of work invoiced during any given period. Funds held in Trust are not earned until invoiced. Expert witness fees or hard costs tied to electronic data storage shall be paid directly by Client to the expert and are not ordinarily deducted from the Trust Account balance on HLF invoices. HLF does not agree to pay expert witness fees or travel costs tied to such expert but will help coordinate the use of capable experts. In the event the Trust Account depletes to less than a $30,000 balance, then Client shall immediately bring the Trust Account balance up to not less than $50,000. Doing this does not negate Client's obligation of making monthly payments into the Trust Account of $25,000 until the conclusion of this litigation, understanding that trial or appeals are costly. Funds in the Trust Account may be substantial and may exceed $100,000 - yet it does not relieve Client of the obligation to continue monthly payments because those funds are intended to be surety that all attorneys' fees and expenses incurred by the firm will be covered. All Trust Account sums that are unearned at the conclusion of the lawsuit will be returned to Client within 10 days following the conclusion.

7. **Invoices.** HLF agrees to provide open billing practices so that Client understands the costs incurred by HLF in connection with this matter. HLF typically prepares invoices for expenses typically once per month, and these invoices contain itemized listings of the services and expenses HLF charges to Client. If HLF incurs expenses on your file that do not exceed $1000, then HLF may reserve billing until more substantial work is performed on Client's file.

8. **Billing Questions.** If Client believes an invoice is incorrect or wants more information about a transaction on an invoice, please write to HLF within thirty (30) days of the date appearing on the invoice with Client's name, invoice number, the dollar amount of suspected error, and a description of the suspected error. HLF will not undertake collection efforts for the portion of the invoice that Client disputes, but Client remains obligated to pay the undisputed portion of the invoice. Notice of suspected billing errors should be sent to Henry Law Firm, P.O. Box 4800, Fayetteville, Arkansas 72702.

9. **Payment Terms.** Full payment on each invoice is due upon receipt. Balances older than ten (10) days are considered past due. In the event Client's account becomes past due by ten (10) days or more, the past due balance on the account may be subject to interest at a rate of six percent (6%) per annum.

10. **Reliance upon Agreement.** Client understands and agrees that HLF is entitled to rely on this Agreement and Clients' signature below, and that HLF may have

certain rights under the Arkansas Attorney Lien statute for all or a portion of the agreed fee if Client elects to retain other counsel or attempts to proceed without an attorney.

11. **Availability of Client.** Client understands and agrees that it is essential to the successful litigation of Client's case that Client be available for consultation with HLF when necessary, including certain conferences, statements, and depositions. Client agrees to keep HLF apprised of any change in Client's address and telephone number.

12. **Availability of Attorneys.** Client understands and agrees that HLF is available to answer questions about Client's case during regular business hours each weekday. Client understands that HLF will make every effort to promptly return telephone and email messages. Client understands that Client may visit the office of HLF at any time during regular business hours, but will be better served if Client makes an appointment beforehand.

13. **Importance of Confidentiality in Attorney-Client Communications.** Client understands and agrees that all communication regarding the case will be directed to HLF. Client understands that it is important not to discuss the details of the case with anyone outside the presence of an attorney with HLF.

14. **Authority to Enter Agreement.** Client acknowledges having been given ample opportunity to discuss the terms of this Agreement and having all questions answered by an attorney with HLF. By Client's signature below, Client engages HLF to represent Client in the above-described matter and agrees to be bound by the terms of this Agreement as stated above. If Client's name differs from the person signing below, the person signing below certify that he or she is authorized to enter this Agreement on behalf of Client.

AGREED TO AND UNDERSTOOD:

Client _/s/ Adel Atalla_

Adel Atalla, individual guarantor

3/9/16
Date

CUKER INTERACTIVE, LLC
_/s/_
Signed

PRESIDENT
By (Printed Name and Title)

HENRY LAW FIRM

___  ___  ___