```
 1                IN THE UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF ARKANSAS
 2                       FAYETTEVILLE DIVISION

 3   HENRY LAW FIRM,              )
                                  )
 4            PLAINTIFF,           )
                                  )
 5   VS.                          )
                                  ) CASE NO. 5:18CV-5066
 6                                )
     CUKER INTERACTIVE, LLC       )
 7   AND ADEL ATALLA              )
              DEFENDANTS.         )
 8                                )

 9            -----------------------------------

10              ORAL AND VIDEOTAPED DEPOSITION OF

11                     MARK MURPHEY HENRY

12                      DECEMBER 14, 2018

13            -----------------------------------

14

15       ORAL AND VIDEOTAPED DEPOSITION OF

16   MARK MURPHEY HENRY, produced as a witness at the

17   instance of the DEFENDANTS, and duly sworn, was taken

18   in the above-styled and numbered cause on the 14th of

19   December, 2018, from 9:01 a.m. to 3:45 p.m., before

20   Jennifer Norman, CCR in and for the State of Arkansas,

21   reported by machine shorthand, at the Chancellor

22   Hotel, 70 North East Avenue, Fayetteville, Arkansas

23   72701, pursuant to the Arkansas Rules of Civil

24   Procedure.

25
                                                            1
```

```
 1                        A P P E A R A N C E S

 2     FOR THE PLAINTIFF:

 3        MR. TIM CULLEN
          Cullen & Co., PLLC
 4        321 Fairfax Avenue
          Little Rock, Arkansas 72205
 5        501-370-4800
          Tim@cullenandcompany.com
 6
       FOR THE DEFENDANTS:
 7
          MS. DEBORAH A. WOLFE
 8        Wolfe Legal Group, P.C.
          402 West Broadway
 9        Suite 400
          San Diego, California 92101
10        619-234-3363
          Dwolfe@wolfelegalgroup.com
11

12     ALSO PRESENT:

13        Mr. Garrett Smelley,
              Certified Legal Video Specialist,
14
          Ms. Jessica Guarino
15

16

17

18

19

20

21

22

23

24

25
                                                                        2
```

```
 1   Q.  And next to his rate it says:  285?
 2   A.  Okay.
 3   Q.  And then I want you to look at -- let me see which
 4   one is this.  It's invoice number 2070 dated
 5   1/31/2017.  It's about another, I don't know, third of
 6   the way down.
 7   A.  Which invoice, please?
 8   Q.  Invoice number 2070, dated 1/31/2017.  I think
 9   they're chronological.  So --
10   A.  2070.
11   Q.  Got it?
12   A.  Okay.
13   Q.  Okay.  Look at the third page of that.
14   A.  Right.
15   Q.  Entries by Mr. Pesek, one is on 1/26/2017.  One is
16   on 1/27.  Do you see his billing rates, 245?
17   A.  Right.
18   Q.  So can you explain that discrepancy to me?
19   A.  Well, his billing rate should have been 245.  And
20   I see that it's 285.
21   Q.  Right.
22   A.  So the discrepancy could be that John Pesek's time
23   assigned in QuickBooks was 285 and my accountant or my
24   bookkeeper did not make -- on this one invoice that's
25   1944, he has three entries, that she did not make a
```

82

```
 1   correction.  And in my review of the invoice prior to
 2   sending it, I did not see that $40 difference.
 3   Q.  Okay.
 4   A.  But the correct billing rate should be 245, and I
 5   totally -- I would believe that the client or
 6   Mr. Karch or anybody -- I mean, I didn't keep these
 7   secret.  I circulated it to them.  But I would believe
 8   that they would be entitled to that $40 credit there.
 9   Q.  Okay.
10   A.  But I also would then offset that with many
11   instances where we charged John Pesek either half or
12   no time.  And I think I've calculated that to be like
13   $60,000 where we wrote his time off.
14   Q.  Okay.  Take a look at invoice number 2057, which
15   is dated 12/26/2016.
16   A.  12/26.
17   Q.  It's a little bit before this last one.
18   A.  Oh, I see.  235?
19   Q.  Yeah.
20   A.  Yeah.
21   Q.  You understand my confusion?
22   A.  Yeah, I understand where there were clear examples
23   where we undercharged John Pesek's time at 235 instead
24   of the 245, and there are times where you've shown me
25   that there were three entries where we charged it at
```

83