IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**HENRY LAW FIRM**                                                                             **PLAINTIFF**

**V.**                         **CASE NO. 5:18-CV-5066**

**CUKER INTERACTIVE, LLC**
**and ADEL ATALLA**                                                    **DEFENDANTS**

## AMENDED FINAL JUDGMENT AS TO SEPARATE DEFENDANT ADEL ATALLA

In accordance with the Memorandum Opinion and Order filed on January 4, 2019 (Doc. 126) and the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that Separate Defendant Adel Atalla, as personal guarantor for the legal services debts of Cuker Interactive, LLC, is liable to Plaintiff Henry Law Firm in the total amount of **$1,201,802.32**, with interest accruing subsequent to January 4, 2019 at a rate of 6% per annum until paid in full. The Court expressly determines, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason for delay in entry of judgment against Defendant Atalla, despite the fact that not all parties and claims at issue in the case have been fully adjudicated, for all of the reasons set forth in the Order of January 4, 2019 and the Order dated today.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to Ark. Code Ann. § 16-22-308, Fed. R. Civ. P. 54(d), and 28 U.S.C. § 1920, Separate Defendant Adel Atalla owes Plaintiff Henry Law Firm, the prevailing party in this contract dispute, attorneys' fees in the amount of **$55,819.58** and costs in the amount of **$1,620.60**, and that these amounts are to be included within—and collected as part of—the Amended Final Judgment recited above.

**IT IS SO ORDERED AND ADJUDGED** on this 22nd day of February, 2019.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE